ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Utah Department of Workforce | ) ASBCA No. 62563 |
| | ) |
| Under Contract No. FA8201-13-C-0115 | ) |

APPEARANCE FOR THE APPELLANT:     Vanessa R. Walsh, Esq.
         Assistant Utah Attorney General
         Salt Lake City, UT

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
         Air Force Deputy Chief Trial Attorney
        Capt Seiji Ohashi, USAF
         Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $214,981. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from March 20, 2020 until date of payment.

Dated: July 15, 2020

_____
JOHN J. THRASHER
Chairman
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                        I concur

_____                _____
RICHARD SHACKLEFORD                             OWEN C. WILSON
Administrative Judge                            Administrative Judge
Vice Chairman                                   Vice Chairman
Armed Services Board                            Armed Services Board
of Contract Appeals                             of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62563, Appeal of Utah Department of Workforce, rendered in conformance with the Board's Charter.

Dated: July 20, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2